# SHER TREMONTE LLP

November 26, 2018

**BY ECF**

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:** *United States v. Brayan Jiménez,* 15 Crim. 252 (PKC)

Dear Judge Chen:

We represent Brayan Jiménez.  We write to make a correction to the letter we filed today requesting a temporary modification of Mr. Jiménez's travel restrictions. Instead of requesting that Mr. Jiménez be permitted to travel to Orlando today and return to Miami on Thursday, November 29, 2018, we respectfully request that Mr. Jiménez be permitted to stay in Orlando on Thursday and return to Miami on Friday, November 30, 2018 and be allowed to stay out until midnight on the night of November 29, 2018.  We have advised Pre-Trial Services and the government of our request.  Pre-trial Services and the government have advised that they have no objection.

We appreciate the Court's consideration.

Respectfully submitted,

/s/_____
Justine A. Harris

cc:   All counsel of record (by ECF)
      U.S. Pre-Trial Services Officers Jeanine Quijije and Anna Lee (by email)