AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| United States | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 15-cr-00252 |
| Webb et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Brayan Jimenez                                                                                                                    .

Date:    03/05/2019                                                    /s/ Anna Estevao
                                                                                 *Attorney's signature*

                                                                                 Anna Estevao 5437157
                                                                                 *Printed name and bar number*
                                                                                 Sher Tremonte LLP
                                                                                 90 Broad St., 23rd Floor
                                                                                 New York, NY 10004

                                                                                 *Address*

                                                                                 aestevao@shertremonte.com
                                                                                 *E-mail address*

                                                                                 (212) 202-2600
                                                                                 *Telephone number*

                                                                                 (212) 202-4156
                                                                                 *FAX number*