UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BRAYAN JIMÉNEZ,<br><br>                    Defendant. | **Notice of Appeal**<br>15 Crim. 252 (PKC) |

Notice is hereby given that Brayan Jiménez appeals to the United States Court of Appeals for the Second Circuit from the District Court's Memorandum and Order imposing restitution entered on April 19, 2019, Doc. 1235, and from the Amended Judgment entered on April 24, 2019, Doc. 1238.

Respectfully,

/s/_____
Justine Harris
Heather Han
Anna Estevao
SHER TREMONTE LLP
90 Broad Street, 23rd Floor
New York, New York 10004
Tel: 212.202.2600
Fax: 212.202.4156
E-mail: jharris@shertremonte.com

*Attorneys for Brayan Jiménez*