USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

Rec'd. in Clerk's Office on 3/02/2021 U.S. District Court-EDNY BKLYN OFFICE

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>CR-15-252 (PKC) |
|---|---|
| DEFENDANT<br>Brayan Jiminez | TYPE OF PROCESS<br>Amended Preliminary Order of Forfeit... |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
United States Marshals Service
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
225 Cadman Plaza East, NY 11201

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| SETH DuCHARME, Acting United States Attorney<br>Eastern District of New York<br>271 Cadman Plaza East, Seventh Floor<br>Brooklyn, New York 11201<br>Attn: AUSA, Brian Morris | Number of process to be served with this Form 285 | |
| | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Please execute as directed by the Amended Preliminary Order of Forfeiture. Please deposit the Bank of America check # 7840010401 in the amount of $184,391.43 into the Seized asset Deposit Fund.

CATS ID# 15-FBI-005451

| Signature of Attorney other Originator requesting service on behalf of:<br>*Brian D. Morris By Nicole Brown* | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>718 254-7000 | DATE<br>1/29/21 |
|---|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin<br>No. 53 | District to Serve<br>No. 53 | Signature of Authorized USMS Deputy or Clerk | Date<br>2/5/21 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* | Date FEB 18 2021 Time ☐ am ☒ pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS: $ 184,391.43 Deposited into SADF M

FEB - 8

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ FEB 08 2019 ★

BROOKLYN OFFICE

SPN/BDM/MKM/KDE
F.#2015R00747

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

BRAYAN JIMÉNEZ,

            Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

AMENDED
PRELIMINARY ORDER
OF FORFEITURE

15 CR 252 (S-1) (PKC)

WHEREAS, on or about July 29, 2016, BRAYAN JIMÉNEZ (the "defendant"),

entered a plea of guilty to Counts One and Forty-Two of the above-captioned Superseding

Indictment, charging violations of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1349;

WHEREAS, the defendant acknowledges that money and property are subject to

forfeiture as a result of his violations of 18 U.S.C. § 1962(d) and 18 U.S.C. § 1349, as alleged in

the Superseding Indictment; and

WHEREAS, pursuant to 18 U.S.C. §§ 1963(a), 981(a)(1)(C), and 28 U.S.C.

§ 2461(c), the defendant consents to the forfeiture of : (a) the sum of three hundred fifty

thousand dollars and no cents ($350,000.00) (the "Forfeiture Money Judgment"), which

represents monies that the defendant received in bribes and/or kickbacks in connection with

schemes relating to World Cup qualifying matches and international friendly matches involving

the Guatemalan national soccer team, (b) all right, title and interest in the property listed in

Exhibit A and Exhibit C attached hereto (the "First Set of Assets"), and (c) all right, title and

interest in the property listed in Exhibit B attached hereto (the "Second Set of Assets" and,

together with the First Set of Assets, the "Forfeited Assets"), as: (i) property acquired and

Case 1:15-cr-00252-PKC-RML Document 1503 Filed 03/02/21 Page 3 of 23 PageID #: 26392
Case 1:15-cr-00252-PKC-RML Document 1195 Filed 02/08/19 Page 2 of 22 PageID #: 18583

2

maintained in violation of 18 U.S.C. § 1962, property and contractual rights that afford a source of influence over the enterprise that the defendant established, operated, controlled, conducted and participated in the conduct of, in violation of 18 U.S.C. § 1962, property derived from proceeds obtained, directly and indirectly, from racketeering activity, in violation of 18 U.S.C. § 1962, and/or as substitute assets in accordance with the provisions of 18 U.S.C. § 1963(m); and (ii) property, real or personal, which constitutes or is derived from proceeds traceable to the defendant's violation of 18 U.S.C. § 1349, and/or as substitute assets in accordance with the provisions of 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, on consent, by and between the United States and the defendant as follows:

1.  The defendant shall forfeit to the United States the full amount of the Forfeiture Money Judgment and the Forfeited Assets, pursuant to 18 U.S.C. §§ 1963(a) and (m), 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c) and 21 U.S.C. § 853(p).

2.  The defendant shall pay the sum of fifty thousand dollars and no cents ($50,000.00) towards the Forfeiture Money Judgment on or on or before the date that is one (1) month after he pleads guilty (the "Initial Due Date"), and shall pay the sum of fifty thousand dollars and no cents ($50,000.00) towards the Forfeiture Money Judgment on or before the date that is eighteen (18) months after he pleads guilty (the "Second Due Date" and, together with the First Due Date, the "Applicable Due Date") .

3.  The defendant acknowledges that the U.S. Attorney's Office, at its sole discretion, may seek to forfeit the Forfeited Assets and the amount of the Forfeiture Money Judgment through commencement of an administrative or civil forfeiture proceeding.   The

3

defendant consents to the entry of an administrative declaration of forfeiture as to the Forfeited

Assets and any payments made towards the Forfeiture Money Judgments and waives the

requirements of 18 U.S.C. § 983 regarding notice of seizure in non-judicial forfeiture matters.

The defendant further waives the filing of a civil forfeiture complaint as to the Forfeited Assets

and any payments made towards the Forfeiture Money Judgment in accordance with the

procedures set forth in 18 U.S.C. § 983.   The defendant agrees to execute any documents

necessary to effectuate the administrative or civil forfeiture of the Forfeited Assets and any

payments made towards the Forfeiture Money Judgment.   The value of the First Set of Assets

shall not be credited towards payment of the Forfeiture Money Judgment.   Upon final forfeiture

of the Second Set of Assets to the United States, the value thereof shall be credited towards

payment of the Forfeiture Money Judgment.

       4.     All payments towards the Forfeiture Money Judgment shall be made by

certified or bank check, payable to the United States Marshals Service, and delivered by hand or

overnight courier in accordance with the Forfeiture Payment Schedule to Assistant United States

Attorney Brian Morris, United States Attorney's Office, Eastern District of New York, 271

Cadman Plaza East, Brooklyn, New York 11201, with the criminal docket number noted on the

face of the checks.   The defendant acknowledges that all funds paid by the defendant pursuant to

this paragraph, together with the Forfeited Assets, shall be subject to a restitution hold to ensure

their availability to satisfy any order of restitution entered at sentencing for the benefit of any

individuals or entities that qualify as victims under the provisions set forth in 18 U.S.C. §§ 3663

and 3663A.   In the event that the Court enters an order of restitution for the benefit of any such

victim or victims at the time of sentencing, the Office may request remission or restoration by

4

the Attorney General or his designee of all funds paid by the defendant pursuant to this

paragraph, up to the total amount of the restitution ordered, in accordance with the provisions of

18 U.S.C. § 1963(g), 21 U.S.C. § 853(i), and 28 C.F.R. Part 9.   The defendant acknowledges

that the decision to grant remission or restoration of such property lies within the sole and

exclusive discretion of the Attorney General or his designee and that, only if granted, will such

funds be transferred to the Clerk of Court in full or partial satisfaction of the order of restitution.

5.      If any payments towards the Forfeiture Money Judgments are not paid on

or before the Applicable Due Date, interest shall accrue on any unpaid portion thereof from that

date at the judgment rate of interest set forth in 18 U.S.C. § 3612(f)(2) (the "Judgment Rate").

Beginning on the date of sentencing, interest shall accrue at the Judgment Rate on any balance of

the Forfeiture Money Judgment not paid in accordance with the schedule set forth in the

judgment.   If the defendant fails to pay (a) any portion of the Forfeiture Money Judgment on or

before the Applicable Due Date or (b) the full amount of the Forfeiture Money Judgment on or

before the date of sentencing, the defendant consents to the forfeiture of any other property of his

up to the outstanding amount of the Forfeiture Money Judgment, pursuant to 18 U.S.C.

§ 1963(m), 21 U.S.C. § 853(p), the Federal Debt Collection Procedures Act, or any other

applicable law.

6.      Upon entry of this Order, the United States Attorney General or his

designee is authorized to seize the Forfeited Assets and to conduct any proper discovery, in

accordance with Fed. R. Crim. P. 32.2(b)(3) and (c) and to commence any applicable proceeding

to comply with statutes governing third-party rights, including giving notice of this order.

5

7.      The United States shall publish notice of this Preliminary Order, in accordance with the custom and practice in this district, on the government website www.forfeiture.gov, of its intent to dispose of the Forfeited Assets in such a manner as the Attorney General or his designee may direct.   The United States may, to the extent practicable, provide direct written notice to any person known or alleged to have an interest in the Forfeited Assets as a substitute for published notice as to those persons so notified.

8.      Any person, other than the defendant, asserting a legal interest in the Forfeited Assets may, within thirty (30) days of the final publication of notice or receipt of notice, or no later than sixty (60) days after the first day of publication on an official government website, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of his or her alleged interest in the Forfeited Assets, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6) and 18 U.S.C. § 1963(l).   Any petition filed in response to notice of the forfeiture of the Forfeited Assets must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, and interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought.

9.      The defendant agrees to fully assist the government in effectuating the forfeiture of the Forfeited Assets and the payment of the Forfeiture Money Judgment by, among other things, executing any documents necessary to effectuate the transfer of title of the Forfeited Assets or any substitute assets to the United States.   The defendant agrees not to file or interpose any claim or to assist others to file or interpose any claim to the Forfeited Assets or any property

6

against which the government seeks to execute the Forfeiture Money Judgments in any administrative or judicial proceeding.

10.   The failure of the defendant to forfeit any monies and/or properties as required herein, including the failure of the defendant to execute any document to accomplish same on timely notice to do so, shall constitute a material breach of his agreement with the government.   Upon such a breach, the defendant will not be entitled to withdraw the plea, but the Office may bring additional criminal charges against the defendant.

11.   The defendant knowingly and voluntarily waives his right to any required notice concerning the forfeiture of the monies and/or properties forfeited hereunder, including notice set forth in an indictment or information.   In addition, the defendant knowingly and voluntarily waives his right, if any, to a jury trial on the forfeiture of said monies and/or properties, and waives all constitutional, legal and equitable defenses to the forfeiture of said monies and/or properties, including, but not limited to, any defenses based on principles of double jeopardy, the Ex Post Facto Clause of the Constitution, the statute of limitations, venue or any defense under the Eighth Amendment, including a claim of excessive fines.   The defendant agrees that forfeiture of the Forfeited Assets and entry or payment of the Forfeiture Money Judgment is not to be considered a fine, penalty, restitution loss amount, or any income taxes or civil penalties that may be due and shall survive bankruptcy.

12.   Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), this Preliminary Order of Forfeiture is hereby made final as to the defendant.   Pursuant to Fed.R. Crim. P. 32.2(b)(4)(B), this Order shall be made part of the defendant's sentence and included in his judgment of conviction.   If no third party files a timely claim, this Order, together with Supplemental Orders

7

of Forfeiture, if any, shall become the Final Order of Forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2). At that time, the properties forfeited herein shall be forfeited to the United States for disposition in accordance with the law.

13.     The terms contained herein shall be final and binding only upon the Court's "so ordering" of this Order.

14.     This Order shall be binding upon the defendant and the successors, administrators, heirs, assigns and transferees of the defendant, and shall survive the bankruptcy of any of them.

15.     The Court shall retain jurisdiction over this action to enforce compliance with the terms of this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

16.     The Clerk of the Court is directed to send, by inter-office mail, five certified copies of this executed Order to FSA Paralegal Nicole Brown, United States Attorney's Office, Eastern District of New York, 271 Cadman Plaza East, Brooklyn, New York 11201.

Dated: Brooklyn, New York
       February _8_, 2019

s/PKC

_____
HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK

## EXHIBIT A

ANY AND ALL FUNDS ON DEPOSIT IN ABM AMRO ACCOUNT NUMBER 242069819 HELD IN THE NAME OF TYC INTERNATIONAL B.V., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN AMICORP BANK AND TRUST LIMITED ACCOUNT NUMBER 1016060012020101 HELD IN THE NAME OF LISBURN STRATEGIES INC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BAC INTERNATIONAL BANK INC. ACCOUNT NUMBER 109860312 HELD IN THE NAME OF REYNALDO ALAN VASQUEZ, UP TO AND INCLUDING THE SUM OF THREE HUNDRED FORTY THOUSAND DOLLARS AND NO CENTS ($340,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCA PRIVADA ANDORRA ACCOUNT NUMBER AD10 0006 0008 2212 0013 3501 HELD IN THE NAME OF NORTHMEX INVESTMENT S.A., UP TO AND INCLUDING THE SUM OF SIX HUNDRED TWENTY THREE THOUSAND DOLLARS AND NO CENTS ($623,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO BILBAO VIZCAYA ARGENTARIA ACCOUNT NUMBER 7584831 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO CITIBANK (PANAMA) S.A. ACCOUNT NUMBER 000-045-01-020018-7 HELD IN THE NAME OF LEXANI ADVISORS, INC., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO CITIBANK (PANAMA) S.A. ACCOUNT NUMBER 000-045-01-020008-2 HELD IN THE NAME OF SPONSPORTS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO FICOHSA (HONDURAS) ACCOUNT NUMBER 012071023682 HELD IN THE NAME OF SANTA FE INVERSIONES BIENES, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THIRTY-FOUR THOUSAND NINE HUNDRED SEVENTY DOLLARS AND NO CENTS ($534,970.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO HAPOALIM (LATIN
AMERICA) S.A. ACCOUNT NUMBER
105940 HELD IN THE NAME OF
HUGO JINKIS, UP TO AND
INCLUDING THE SUM OF THREE
HUNDRED SIX THOUSAND THIRTY
DOLLARS AND NO CENTS
($306,030.00), AND ALL
PROCEEDS TRACEABLE THERETO

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANCO
ITAU INTERNATIONAL ACCOUNT
NUMBER 6085700 HELD IN THE
NAME OF AW GROUP INVESTMENTS
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANCO
ITAU INTERNATIONAL ACCOUNT
NUMBER JT2-005418 HELD IN THE
NAME OF AW GROUP INVESTMENTS
LTD, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANCO ITAU URUGUAY S.A.
ACCOUNT NUMBER 0327642 HELD
IN THE NAME OF HUGO VICTOR
JINKIS, UP TO AND INCLUDING
THE SUM OF TWO MILLION
TWENTY-ONE THOUSAND SEVEN
HUNDRED FIFTY DOLLARS AND NO
CENTS ($2,021,750.00), AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD45 0001 0000
4066 9990 0100 HELD IN THE
NAME OF EXPERTISE TRAVEL
S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD44 0001 0000
4066 9990 7102 HELD IN THE
NAME OF EXPERTISE TRAVEL
S.A., AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANC AGRICOL REIG S.A.
ACCOUNT NUMBER AD82 0001 0000
4066 3320 0100 HELD IN THE
NAME OF SUPPORT TRAVEL S.L.,
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK BOSTON ACCOUNT NUMBER
865801 HELD IN THE NAME OF
CROSS TRADING S.A., AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN BANK BOSTON ACCOUNT NUMBER
9429175007 HELD IN THE NAME
OF CROSS TRADING S.A., AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN BANK
HAPOALIM ACCOUNT NUMBER
50919711 HELD IN THE NAME OF
YORKFIELDS CORP. S.A., AND
ALL PROCEEDS TRACEABLE
THERETO;

- 2 -

Case 1:15-cr-00252-PKC-RML  Document 1195  Filed 02/08/19  Page 10 of 22 PageID #: 18591

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 00064-5 HELD IN THE NAME OF KLEFER PRODUCOES E PROMOCOES LTDA, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 01578-4 HELD IN THE NAME OF PALLAS OPERADORA TURISTICA LTDA., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK ITAU S.A. ACCOUNT NUMBER 3413001602469 HELD IN THE NAME OF ALEXANDER KENNETH WILLY, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 1901345313 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 898039768279 HELD IN THE NAME OF GRUPO ESQUIVEL INC, UP TO AND INCLUDING THE SUM OF ONE MILLION FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NO. 005484991468, HELD IN THE NAME OF BANCO ITAÚ INTERNATIONAL (MIAMI), UP TO AND INCLUDING THE SUM OF ONE MILLION NINE HUNDRED SIXTEEN THOUSAND, SEVEN HUNDRED NINETY-THREE DOLLARS AND TWENTY-SIX CENTS ($1,916,793.26), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 05566001506 HELD IN THE NAME OF SPONSPORTS LLC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK OF AMERICA ACCOUNT NUMBER 8980 3490 4164 HELD IN THE NAMES OF RAFAEL ESQUIVEL MELO, JULIA DE ESQUIVEL, UP TO AND INCLUDING THE SUM OF EIGHT HUNDRED EIGHTY THOUSAND DOLLARS AND NO CENTS ($880,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANKINTER ACCOUNT NUMBER 01280072160160000283 HELD IN THE NAME OF JULIO ROCHA LOPEZ, UP TO AND INCLUDING THE SUM OF ONE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($150,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 3 -

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K 310728 HELD IN THE NAME OF FAGAT INTERNATIONAL INC., UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K310678 HELD IN THE NAME OF JORGE CASTELLI, VIVIANA DELUCA, AND MARIA BERGALO, UP TO AND INCLUDING THE SUM OF FOUR HUNDRED SIXTY SIX THOUSAND, SIX HUNDRED SIXTY SIX DOLLARS AND SIXTY SEVEN CENTS ($466,666.67)AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K310686 HELD IN THE NAME OF JORGE CASTELLI AND YESICA DELUCA, UP TO AND INCLUDING THE SUM OF TWO HUNDRED THIRTY THREE THOUSAND, THREE HUNDRED THIRTY THREE DOLLARS AND THIRTY THREE CENTS ($233,333.33) AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN BOLTON GLOBAL CAPITAL, INC. ACCOUNT NUMBER 39K-310694 HELD IN THE NAME OF GEMINI GLOBAL TRADING LTD, UP TO AND INCLUDING THE SUM OF ONE MILLION EIGHT HUNDRED NINETY-EIGHT THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($1,898,500.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CAIXABANK ACCOUNT NUMBER ES2721006617840700074480M HELD IN THE NAME OF RAFAEL ESQUIVEL MELO, UP TO AND INCLUDING THE SUM OF ONE HUNDRED THOUSAND EUROS AND NO CENTS (€100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

CHIPS WIRE REFERENCE NUMBER 201505290001258 IN THE AMOUNT OF APPROXIMATELY ONE MILLION FOUR HUNDRED EIGHTY-EIGHT THOUSAND THREE HUNDRED THIRTY-SEVEN DOLLARS AND NO CENTS ($1,488,337.00) SENT ON OR ABOUT MAY 25, 2015 FROM PERFORM MEDIA CHANNELS LTD THROUGH BANK HAPOALIM USA IN NEW YORK FOR THE BENEFIT OF ACCOUNT NUMBER 7063420 HELD IN THE NAME OF FULL PLAY GROUP AT BANK HAPOALIM IN SWITZERLAND.

ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBER 3107121520 HELD IN THE NAME OF AARON DAVIDSON, UP TO AND INCLUDING THE SUM OF THREE HUNDRED SEVENTY-SIX THOUSAND SEVEN HUNDRED TWENTY-SEVEN DOLLARS AND NINETY-SIX CENTS ($376,727.96);

ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBERS 3108115098 HELD IN THE NAME OF AARON DAVIDSON AND 3109545641 HELD IN THE NAMES OF AARON DAVIDSON AND MICHELLE DRYJANSKY, UP TO AND INCLUDING THE SUM OF FOUR HUNDRED THREE THOUSAND FIVE HUNDRED TWENTY-SIX DOLLARS AND NO CENTS ($403,526.00); ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK ACCOUNT NUMBER 36181683 HELD IN THE NAME OF TORNEOS Y COMPETENCIAS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN DISCOUNT BANK LATIN AMERICA ACCOUNT NUMBER 1813536 HELD IN THE NAME OF FULL PLAY GROUP S.A. / DIZMUR S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ESPIRITO SANTO BANK ACCOUNT NUMBER 116450091 HELD IN THE NAMES OF RAFAEL ESQUIVEL MELO OR JULIA VELASQUEZ DE ESQUIVEL, UP TO AND INCLUDING THE SUM OF ONE MILLION DOLLARS AND NO CENTS ($1,000,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ESPIRITO SANTO BANK ACCOUNT NUMBER 106209114 HELD IN THE NAME OF MANOLIS LIMITED, UP TO AND INCLUDING THE SUM OF ONE MILLION ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN ING BANK ACCOUNT NUMBER 0020081375 HELD IN THE NAME OF TORNEOS TRAFFIC SPORTS MARKETING, AND ALL PROCEEDS TRACEABLE THERETO; ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 724093 HELD IN THE NAME OF T&T SPORTS MARKETING LTD., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN INTERAUDI BANK ACCOUNT NUMBER 723621 HELD IN THE NAME OF PRODUCTORA DE EVENTOS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER 400584549 HELD IN THE NAME OF VALENTE CORP., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER 739144642 HELD IN THE NAME OF VALENTE CORP., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER 9491569332 HELD IN THE NAME OF VALENTE CORP., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER 9491589157 HELD IN THE NAME OF SOMERTON LIMITED, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER 9491732773 HELD IN THE NAME OF SOMERTON LIMITED, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN JP MORGAN CHASE BANK ACCOUNT NUMBER M47929001 HELD IN THE NAME OF MANZINITASTREET HOLDINGS LIMITED, AND ALL PROCEEDS TRACEABLE THERETO.

ANY AND ALL FUNDS ON DEPOSIT IN LOYAL BANK LIMITED ACCOUNT NUMBER 10401246906840 HELD IN THE NAME OF KOSSON VENTURES, INC., UP TO AN INCLUDING THE SUM OF FOUR HUNDRED TEN THOUSAND SIX HUNDRED DOLLARS AND NO CENTS ($410,600.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN MORGAN STANLEY ACCOUNT NUMBER 852001718 HELD IN THE NAME OF FIRELLI INTERNATIONAL LTD. M2F3447, UP TO AND INCLUDING THE SUM OF FIVE MILLION SEVEN HUNDRED THOUSAND DOLLARS AND NO CENTS ($5,700,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN MULTIBANK INC. ACCOUNT NUMBER 1001255890 HELD IN THE NAME OF SPORT TOURNAMENTS & RIGHTS, INC., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN PRIVATE BANK OF BUCKHEAD ACCOUNT NUMBER 205001308 HELD IN THE NAME OF KENDRA GAMBLE-WEBB, UP TO AN INCLUDING THE SUM OF ONE MILLION SIXTY-SEVEN THOUSAND THIRTY-FIVE DOLLARS AND FOURTEEN CENTS ($1,067,035.14), AND ALL PROCEEDS TRACEABLE THERETO;

- 6 -

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER R201414K1 HELD IN THE NAME OF LISBURN STRATEGIES INC, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT624543 HELD IN THE NAMES OF RAFAEL ESQUIVEL, JULIA DE ESQUIVEL AND DANIEL ESQUIVEL, UP TO AND INCLUDING THE SUM OF ONE MILLION FIVE HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($1,550,000.00);

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT704680 HELD IN THE NAME OF MANOLIS LIMITED, UP TO AND INCLUDING THE SUM OF TWO MILLION NINE HUNDRED NINETY-FIVE THOUSAND DOLLARS AND NO CENTS ($2,995,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL SECURITIES AND FUNDS ON DEPOSIT IN UBS ACCOUNT NUMBER WT625226 HELD IN THE NAME OF BENZ HOLDINGS INC, AND ALL PROCEEDS TRACEABLE THERETO;

ONE FERRARI 458 SPIDER BEARING VEHICLE IDENTIFICATION NUMBER ZFF68NHA5F0209919;

THE REAL PROPERTY AND PREMISES LOCATED AT 1700 KENNEDY CAUSEWAY, UNIT 1607, NORTH BAY VILLAGE, FLORIDA 33141 ALSO KNOWN AS 7901 HISPANOLA AVENUE, APARTMENT 1607, NORTH BAY VILLAGE, FLORIDA 33141;

THE REAL PROPERTY AND PREMISES LOCATED AT 2116 ADEL DRIVE, LOGANVILLE, GEORGIA 30052;

THE REAL PROPERTY AND PREMISES LOCATED AT 5119 MADELINE PLACE, STONE MOUNTAIN, GEORGIA 30083;

THE REAL PROPERTY AND PREMISES LOCATED AT 7222 LAKE CROSSING, STONE MOUNTAIN, GEORGIA 30087;

THE REAL PROPERTY AND PREMISES LOCATED AT 104 ELLIS DRIVE, CONYERS, GEORGIA 30012;

THE REAL PROPERTY AND PREMISES LOCATED AT 808 BRICKELL KEY DRIVE, APARTMENT NO. 1204, MIAMI, FLORIDA 33131;

THE REAL PROPERTY AND PREMISES LOCATED AT 18067 NW 74TH COURT, HIALEAH, FLORIDA 33015;

THE REAL PROPERTY AND PREMISES LOCATED AT 18061 NW 74TH COURT, HIALEAH, FLORIDA 33015;

- 7 -

THE REAL PROPERTY AND
PREMISES LOCATED AT 18055 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 18049 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 18043 NW
74TH COURT, HIALEAH, FLORIDA
33015;

THE REAL PROPERTY AND
PREMISES LOCATED AT 8450 SW
149TH AVENUE, APARTMENT NO.
805, MIAMI, FLORIDA 33193;

THE REAL PROPERTY AND
PREMISES LOCATED AT 8660 SW
149TH AVENUE, APARTMENT NO.
201, MIAMI, FLORIDA 33193;
and

THE REAL PROPERTY AND
PREMISES LOCATED AT 8660 SW
149TH AVENUE, APARTMENT NO.
209, MIAMI, FLORIDA 33193.

## EXHIBIT B

No Assets

EXHIBIT C

ANY AND ALL FUNDS ON DEPOSIT IN BANK JULIUS BAER ACCOUNT NUMBER 0011799574 HELD IN THE NAME OF ARCO BUSINESS AND DEVELOPMENTS LTD, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK JULIUS BAER ACCOUNT NUMBER CH0508515030922842001 HELD IN THE NAME OF FPT SPORTS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK JULIUS BAER ACCOUNT NUMBER CH7008515000153142001 HELD IN THE NAME OF TINDOS, UP TO AND INCLUDING THE SUM OF ONE MILLION TWO HUNDRED ONE THOUSAND ONE HUNDRED DOLLARS AND NO CENTS ($1,201,100.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO ATLANTIDA (HONDURAS) ACCOUNT NUMBER 1203091754 HELD IN THE NAME OF ANDRES ENRIQUE ASFURA R., UP TO AND INCLUDING THE SUM OF THIRTY THOUSAND DOLLARS AND NO CENTS ($30,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO DE COSTA RICA ACCOUNT NUMBER 00102606330 HELD IN THE NAME OF ZEBOL CONSTRUCCIONES Z B, S.A., UP TO AND INCLUDING THE SUM OF ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCA DEL GOTTARDO ACCOUNT NUMBER 767284 HELD IN THE NAME OF WILLY KRAUS, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO FICOHSA (HONDURAS) ACCOUNT NUMBER 192331854 HELD IN THE NAME OF MARIA ASFURA, UP TO AND INCLUDING THE SUM OF TWO HUNDRED THIRTY-SEVEN THOUSAND FIVE HUNDRED DOLLARS AND NO CENTS ($237,500.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO FICHOSA (PANAMA) S.A. ACCOUNT NUMBER 012401493 HELD IN THE NAME OF MARIA DEL CARMEN ASFURA, UP TO AND INCLUDING THE SUM OF THREE HUNDRED SIXTY-THREE THOUSAND SEVEN HUNDRED TWENTY DOLLARS AND NO CENTS ($363,720.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 10 -

ANY AND ALL FUNDS ON DEPOSIT IN BANCO G&T (GUATEMALA) ACCOUNT NUMBER 159607848 HELD IN THE NAME OF OSCAR ARROYO ARZU, UP TO AND INCLUDING THE SUM OF TWO HUNDRED FIFTY FIVE THOUSAND DOLLARS AND NO CENTS ($255,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO G&T (GUATEMALA) ACCOUNT NUMBER 81640704 HELD IN THE NAME OF OSCAR ARROYO ARZU, UP TO AND INCLUDING THE SUM OF SIXTY THOUSAND DOLLARS AND NO CENTS ($60,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANCO PROMERICA ACCOUNT NUMBER 10000200026799 HELD IN THE NAME OF MOBILIA, S.A. UP TO AND INCLUDING THE SUM OF TEN THOUSAND DOLLARS AND NO CENTS ($10,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER CH190828170267101000U/ CH220828170267101000U HELD IN THE NAME OF BAYAN GROUP S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7032870 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7035050 HELD IN THE NAME OF CROSS TRADING S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER CH040828170441801000U HELD IN THE NAME OF DATISA S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM LTD ACCOUNT NUMBER 7063380 HELD IN THE NAME OF FLEMICK S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 7063420 HELD IN THE NAME OF FULL PLAY GROUP S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 700828171005901000U HELD IN THE NAME OF HUGO JINKIS, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED FORTY THOUSAND DOLLARS AND NO CENTS ($540,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

- 11 -

ANY AND ALL FUNDS ON DEPOSIT IN BANK HAPOALIM ACCOUNT NUMBER 400828171006101000U HELD THE NAME OF MARIANO JINKIS, UP TO AND INCLUDING THE SUM OF ONE MILLION DOLLARS AND NO CENTS ($1,000,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BSI ACCOUNT NUMBER 8208465000G539513 HELD IN THE NAME OF ARCO BUSINESS AND DEVELOPMENTS LTD, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BSI ACCOUNT NUMBER 702275 HELD IN THE NAME OF ISLA MAYOR, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BSI AG ACCOUNT NUMBER 0508465000A130198AA HELD IN THE NAME OF PATODOS, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BSI AG ACCOUNT NUMBER CH1008465000G177265AA HELD IN THE NAME OF ROMER OSUNA ANEZ, UP TO AND INCLUDING THE SUM OF SEVEN HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($750,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN BSI ACCOUNT NUMBER CH9608465000G767284AB HELD IN THE NAME OF WILLY KRAUS, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CAPITAL BANK INC. ACCOUNT NUMBER 01202018750 HELD IN THE NAME OF FORWARD SPORTS INTERNATIONAL MANAGEMENT INC., UP TO AND INCLUDING THE SUM OF ONE MILLION ONE HUNDRED THOUSAND DOLLARS AND NO CENTS ($1,100,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CITIBANK N.A. 3100516637 HELD IN THE NAME OF MICHAEL L. ALBERGA, UP TO AND INCLUDING THE SUM OF EIGHTY THOUSAND DOLLARS AND NO CENTS ($80,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER CH2305065163391002000 HELD IN THE NAME OF ALEJANDRO BURZACO, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER 7705065066938942000 HELD IN THE NAME OF ALEJANDRO BURZACO, UP TO AND INCLUDING THE SUM OF FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000), AND ALL PROCEEDS TRACEABLE THERETO;

- 12 -

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE (FORMERLY CLARIDEN LEU) ACCOUNT NUMBER CH8305065185262332 HELD IN THE NAME OF TT SPORTS MARKETING LTD, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER 00659693038 HELD IN THE NAME OF TORNEOS Y COMPETENCIAS, S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER 04567344683 HELD IN THE NAME OF MILLPOINT, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER 8033342099 HELD IN THE NAME OF T&T SPORTS MARKETING LTD, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER CH0205065098487752000 HELD IN THE NAME OF ARCO BUSINESS AND DEVELOPMENTS LTD, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER CH4105065078105332000 HELD IN THE NAME OF FPT SPORTS S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER CH4504835087620042000 HELD IN THE NAME OF FULL PLAY GROUP S.A./DIZMUR S.A., AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER CH7705065066938942000 HELD IN THE NAME OF ELAL LTD, UP TO AND INCLUDING THE SUM OF ONE MILLION SIX HUNDRED FIFTY THOUSAND DOLLARS AND NO CENTS ($1,650,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN CREDIT SUISSE ACCOUNT NUMBER FL-28391-JP HELD IN THE NAME OF KOSSON VENTURES LIMITED, AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN EFG BANK ACCOUNT NUMBER 549447 HELD IN THE NAME OF ROMER OSUNA, UP TO INCLUDING THE SUM OF FIVE HUNDRED THOUSAND DOLLARS AND NO CENTS ($500,000.00), AND ALL PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT IN EFG BANK ACCOUNT NUMBER 548524 HELD IN THE NAME OF SOMERTON LTD, AND ALL PROCEEDS THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN FPB BANK INTERNATIONAL
ACCOUNT NUMBER 22007000
HELD IN THE NAME OF VIRTUAL
SHOW ENTERTAINMENT AND
EQUIPMENT, AND ALL PROCEEDS
TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN HSBC BANK USA-PANAMA
ACCOUNT NUMBER 0101143809
HELD IN THE NAME OF JUAN
CARLOS VIDAL CASTILLO, UP
TO AND INCLUDING THE SUM
OF SEVENTY THOUSAND
DOLLARS AND NO CENTS
($70,000.00), AND ALL
PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN ING BANK (FORMERLY NMB
BANK) ACCOUNT NUMBER 945 MAPA
HELD IN THE NAME OF
[NUMBERED], UP TO AND
INCLUDING THE SUM OF FORTY
THOUSAND DOLLARS AND NO CENTS
($40,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN JP MORGAN CHASE BANK N.A.
ACCOUNT NUMBER 3123164513
HELD IN THE NAME OF RAM G, UP
TO AND INCLUDING THE SUM OF
TWO HUNDRED THOUSAND DOLLARS
AND NO CENTS ($200,000.00),
AND ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL SECURITIES AND
FUNDS ON DEPOSIT IN MERRILL
LYNCH ACCOUNT NUMBER 16825378
HELD IN THE NAMES OF
ALEJANDRO BURZACO, ADRIANA N.
BURZACO, AND EUGENIO BURZACO,
UP TO AND INCLUDING THE SUM
OF NINE HUNDRED NINETY
THOUSAND DOLLARS AND NO CENTS
($990,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN PICTET & CIE ACCOUNT
NUMBER CH3208755012294300100
HELD IN THE NAME OF ALEJANDRO
BURZACO, UP TO AND INCLUDING
THE SUM OF ONE MILLION SIX
HUNDRED EIGHTY THOUSAND
DOLLARS AND NO CENTS
($1,680,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN PICTET & CIE ACCOUNT
NUMBER K49478 HELD IN THE
NAME OF COMPASS GROUP, AND
ALL PROCEEDS TRACEABLE
THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN UBS AG ACCOUNT NUMBER
0206-874057-01 HELD IN THE
NAME OF YAGUARETE, UP TO AND
INCLUDING THE SUM OF TWO
MILLION ONE HUNDRED THOUSAND
DOLLARS AND NO CENTS
($2,100,000.00), AND ALL
PROCEEDS TRACEABLE THERETO;

ANY AND ALL FUNDS ON DEPOSIT
IN WELLS FARGO BANK N.A.
ACCOUNT NUMBER 1010142688298
HELD IN THE NAME OF RONALD
FERNANDO CALVO, UP TO AND
INCLUDING THE SUM OF ONE
HUNDRED THOUSAND DOLLARS AND
NO CENTS ($100,000.00), AND
ALL PROCEEDS TRACEABLE
THERETO; and

ANY AND ALL FUNDS ON DEPOSIT
IN WELLS FARGO BANK N.A.
1010253309107 HELD IN THE
NAME OF RODRIGO ANTONIO
HIDALGO CALVO, UP TO AND
INCLUDING THE SUM OF ONE
HUNDRED SIXTY EIGHT THOUSAND
FIVE HUNDRED DOLLARS AND NO
CENTS ($168,500.00), AND ALL
PROCEEDS TRACEABLE THERETO.